IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-165-D

| | |
|---|---|
| JOSEPH ELLIOTT PORTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| AHP SETTLEMENT TRUST, ) | |
| ) | |
| Defendant. ) | |

On October 1, 2021, plaintiff, appearing pro se, moved to proceed informa pauperis [D.E. 1]. On October 4, 2021, this court referred the matter to Magistrate Judge Meyers for a memorandum and recommendation and for a frivolity review [D.E. 4]. On November 9, 2021, plaintiff filed a motion to cancel the referral order. See [D.E. 5].

Plaintiff's motion is baseless and is DENIED.

SO ORDERED. This 3 day of January, 2022.

JAMES C. DEVER III
United States District Judge