IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-165-D

JOSEPH ELLIOTT PORTER,            )
                                  )
                Plaintiff,        )
                                  )
        v.                        )            **ORDER**
                                  )
AHP SETTLEMENT TRUST,             )
                                  )
                Defendant.        )

On October 1, 2021, Joseph Elliott Porter, appearing pro se filed a motion to proceed in

forma pauperis under 28 U.S.C. § 1915 [D.E. 1]. On October 4, 2021, the court referred the motion

to Magistrate Judge Brian S. Meyers for frivolity review [D.E. 4]. On June 24, 2022, Magistrate

Judge Meyers issued a Memorandum and Recommendation ("M&R"), and recommended that the

action be transferred to the United States District Court for the Eastern District of Pennsylvania

[D.E. 9]. Porter did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the magistrate judge's report or specified proposed findings or recommendations

to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th

Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely

objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that

there is no clear error on the face of the record in order to accept the recommendation." Diamond,

416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear

error on the face of the record. See Diamond, 416 F.3d at 315. Thus, the court adopts the conclusion

in the M&R that the action should be transferred the United States District Court for the Eastern District of Pennsylvania.

In sum, the court ADOPTS the conclusions in the M&R [D.E. 9]. The action is TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania.

SO ORDERED. This _13_ day of July, 2022.

JAMES C. DEVER III
United States District Court